UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BPP INDEPENDENCE FAYETTEVILLE, LLC and BPP INDEPENDENCE PRINCE GEORGE, LLC <br>     Plaintiffs, <br><br> v. <br><br> INDEPENDENCE PLACE WEST FAYETTEVILLE, LLC, and INDEPENDENCE PLACE JEFFERSON PARK, LLC <br>     Defendants. | **JUDGMENT** <br> No. 5:20-CV-212-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion for summary judgment, defendants' motion for summary judgment and plaintiffs' motion to strike.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 27, 2022, and for the reasons set forth more specifically therein, it is ordered that defendants' motion for summary judgment is GRANTED.

**This judgment Filed and Entered on May 31, 2022, and Copies To:**
Jim W. Phillips, Jr. / Walter L. Tippett, Jr. / William Otis Walker, IV (via CM/ECF Notice of Electronic Filing)
Kelly C. Hanley / Gilbert C. Laite, III (via CM/ECF Notice of Electronic Filing)

May 31, 2022        PETER A. MOORE, JR., CLERK

             /s/ Sandra K. Collins
             (By) Sandra K. Collins, Deputy Clerk