IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-212-FL

| | | |
|---|---|---|
| BPP INDEPENDENCE FAYETTEVILLE, LLC, and BPP INDEPENDENCE PRINCE GEORGE, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| INDEPENDENCE PLACE WEST FAYETTEVILLE, LLC, and INDEPENDENCE PLACE JEFFERSON PARK, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter came today for hearing before the court on the parties' joint motion for disbursement of funds held by the clerk of court, delivered to that office by Fidelity National Title Insurance Company. (DE 59). Reference is made to the court's order entered May 27, 2020.

Joint motion is GRANTED, and the clerk of court is DIRECTED to disburse said funds totaling $1,005,513.70 to defendants as follows:

1) Independence Place West Fayetteville, LLC, the sum of $502,756.85, by U.S. Mail delivered to:

> Independence Place West Fayetteville, LLC
> Attn: Cecil M. Phillips, Manager
> 945 East Paces Ferry Road, NE, Suite 2650
> Atlanta, Georgia 30326

2) Independence Place Jefferson Park, LLC, the sum of $502,756.85, by U.S. Mail delivered to:

> Independence Place Jefferson Park, LLC
> Attn: Cecil M. Phillips, Manager
> 945 East Paces Ferry Road, NE, Suite 2650
> Atlanta, Georgia 30326

At hearing, the parties confirmed said amounts to be disbursed by the clerk to defendants, totaling the sum of $1,005,513.70, are received and accepted in full and final resolution of all disputed issues in the litigation. Each side shall bear its own costs. The clerk is DIRECTED to amend judgment entered May 31, 2022 in accordance with this order and then to close this case when that money is paid.

SO ORDERED, this the 7th day of July, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge